# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Vic Henson,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                 3:12-cv-000012

United States of America,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2012 Order.

                                                   Signed: May 15, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court